ACCEPTED
06-15-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/20/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00108-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/20/2015 8:30:00 AM

DEBBIE AUTREY
Clerk

## *Alexander Nathaniel Brenes, Appellant,*
## *v.*
## *State of Texas, Appellee.*

**On Appeal from No. 23814**
**6th District Court, Lamar County**

# Appearance of Counsel Michael Mowla for Appellant

**Michael Mowla**
**445 E. FM 1382 No. 3-718**
**Cedar Hill, Texas 75104**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellant**

1

**To The Honorable Justices of the Court of Appeals:**

Michael Mowla makes this appearance of lead counsel for Appellant Alexander Nathaniel Brenes on appeal. Mowla has sent notice to appointed appellate counsel Don Biard and expects Mr. Biard to file a letter requesting withdrawal or a motion to withdraw as appellate counsel.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

**/s/ Michael Mowla**
By: Michael Mowla

### Certificate of Service

This certifies that on July 19, 2015, a copy of this document was served on Gary Young, 119 North Main, Paris, TX 75640, by email to gyoung@co.lamar.tx.us, and on Mr. Don Biard, via fax to 903-785-7580.

**/s/ Michael Mowla**
By: Michael Mowla